# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Yana Mazya,

Plaintiff(s),

v.

Northwestern Lake Forest Hospital,

Defendant(s).

Case No. 19 C 3191

Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants Northwestern Lake Forest Hospital, et al., and against Plaintiff Tiki Taylor. Plaintiff Taylor's claims are dismissed without prejudice to those claims being pursued before the governing collective bargaining agreement's grievance and arbitration process.

This action was *(check one)*:

☐ tried by a jury with Judge           presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman.

Date: 7/2/2019               Thomas G. Bruton, Clerk of Court

                             /s/ Jackie Deanes , Deputy Clerk