

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

July 8, 2019

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re:  Mazya et al v. Northwestern Lake Forest Hospital et al
USDC No:  19cv3191

Circuit Court No:  2018-CH-0716

Dear Clerk:

A certified copy of an order entered on  7/2/2019 by the Honorable  Gary Feinerman, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:  /s/   J. Hollimon
Deputy Clerk